UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N. C.

AUG 23 2005

CIVIL ACTION NO. 1:02CV112

U.S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNDETERMINED AMOUNT OF U.S. )<br>CURRENCY AND FUNDS IN THE )<br>FOLLOWING ACCOUNTS: )<br>)<br>First Union National Bank, account )<br>number 2000000885359, held in the name )<br>of or on behalf of Mountain Top Farms, )<br>LLC; )<br>)<br>and )<br>)<br>First Union National Bank, account )<br>number 2075293094034, held in the name )<br>of or on behalf of R & V Warren Farms, )<br>Inc.; )<br>)<br>and )<br>)<br>First Union National Bank, account )<br>number 2000001217308, held in the name )<br>of or on behalf of R & V Warren Farms, )<br>Inc.; )<br>)<br>and )<br>)<br>First Union National Bank, account )<br>number 400189966, held in the name of or )<br>on behalf of R & V Warren Farms, Inc.; )<br>)<br>and )<br>)<br>First Union National Bank, account )<br>number 69502288, held in the name of or )<br>on behalf of R & V Warren Farms, Inc.; ) | ENTRY OF DEFAULT AGAINST ALL<br>PERSONS AND ENTITIES |

| | |
|---|---|
| and | ) |
| | ) |
| **First Union National Bank, account number 2000000578022, held in the name of or on behalf of Warren and Sandoval Farms, LLC;** | ) ) ) ) ) |
| and | ) |
| | ) |
| **First Citizens Bank and Trust Company account number 001212748290, held in the name of or on behalf of PVR Produce, Inc.;** | ) ) ) ) |
| and | ) |
| | ) |
| **First Citizens Bank and Trust Company account number 001212759803, held in the name of or on behalf of R & V Warren Farms, Inc., Cattle Division;** | ) ) ) ) ) |
| and | ) |
| | ) |
| **First Citizens Bank and Trust Company account number 001212760097, held in the name of or on behalf of R & V Warren Trucking Co., Inc.;** | ) ) ) ) ) |
| and | ) |
| | ) |
| **Central Carolina Bank and Trust Company as successor in interest to First Union National Bank account number 2000000885359 held in the name of or on behalf of Mountain Top Farms, LLC;** | ) ) ) ) ) ) |
| and | ) |
| | ) |
| **Central Carolina Bank and Trust Company as successor in interest to First Union National Bank account number 2000000578022 held in the name of or on behalf of Warren and Sandoval Farms, LLC;** | ) ) ) ) ) ) ) |

|                                                                                                                                                           |     |
| --------------------------------------------------------------------------------------------------------------------------------------------------------- | --- |
| **and**                                                                                                                                                   | )   |
|                                                                                                                                                           | )   |
| **The Hartford Financial Services Group, Inc. annuity policy number 710473987 (associated with First Union National Bank account number 69502288)**       | )   |
|                                                                                                                                                           | )   |
|                                                                                                                                                           | )   |
|                                                                                                                                                           | )   |
|                                                                                                                                                           | )   |
|                                                                                                                                                           | )   |
|                                                                                                                                                           | )   |
|                                                                                                                                                           | )   |
| **Defendants.**                                                                                                                                           | )   |
|                                                                                                                                                           | )   |

UPON MOTION and showing by the United States that it has published notice of this action as required by law and that personal service has either been accomplished or attempted as evidenced by the underlying Motion and the record, including the Court's file, and that

## ALL PERSONS AND ENTITIES

have not filed any claim or pleading in this matter or have withdrawn such claims or pleadings, it appears that there has been a failure to plead or otherwise defend as required by applicable rules and statutes, and, therefore, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk hereby enters default against such potential claimants.

This 23rd day of August, 2005.

*/s/ J. Boonell, Deputy Clerk*

United States District Court
Western District of North Carolina